IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| NIGEL AND SUSAN LARSEN,<br>Natural Parents and Next Friends of<br>MATTHEW LARSEN, a Minor,<br><br>    Plaintiffs,<br><br>v.<br><br>BASS PRO SHOPS, INC. d/b/a<br>BASS PRO SHOPS OUTDOOR WORLD,<br>LLC,<br><br>    Defendant. | Case No. 3:17-CV-345-HBG<br>JURY DEMAND |

___

**AGREED ORDER AMENDING ORDER OF DISMISSAL**
___

It appearing to the Court, as evidenced by the signatures of counsel below, that the parties are in agreement that the Order of Dismissal (Docket No. 18) should be amended with the addition of the following to page 4 of the Order of Dismissal:

(6) This settlement constitutes a full, final and complete compromise of Nigel Larson's and Susan Larson's claims against Defendant.

(7) The claims of Matthew Larsen are dismissed with prejudice.

(8) The claims of Nigel and Susan Larsen, individually, are dismissed with prejudice.

IT IS SO ORDERED.

ENTER:

*Bruce Guyton*
United States Magistrate Judge

APPROVED FOR ENTRY BY:

DICKINSON WRIGHT PLLC


By: s/John E. Anderson, Sr.
John E. Anderson, Sr., #13694
424 Church Street, Suite 1401
Nashville, TN 37219-2392
(615) 244-6538 phone
(844) 670-6009 fax

Attorneys for the Defendant


By: s/Billy J. Stokes
Billy J. Stokes, BPR #6839
1316 Morrell Road
Knoxville, Tennessee 37919
(865) 544-3833

Attorney for Plaintiffs, Nigel Larsen,
Susan Larsen and Matthew Larsen, a Minor


NASHVILLE 37128-36 647200v1